778

### Commonwealth *v.* Rodgers, Appellant.

Argued December 9, 1970. *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Ross, Appellant.

Submitted December 10, 1970. *Thomas C. Raup,* Public Defender, for appellant; *William S. Kieser,* Assistant District Attorney, and *Allen E. Ertel,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Rybarik, Appellant.

Submitted December 7, 1970. *Thomas E. Sterling,* for appellant; *Richard L. Campbell,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.